

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 17 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Nicasio O. Flores,<br>    Plaintiff, § § § | |
| VS § | CIVIL ACTION NO. B-02-232 |
| § § § | |
| Elaine L. Chao, In Her Official Capacity as § <br>Secretary, United States Department of Labor §<br>    Defendant. § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE COURT:

COMES NOW Nicasio O. Flores, Complainant herein, and would show:

1. <u>Jurisdiction</u>.  This Court has jurisdiction over this case pursuant to 28 U.S.C.§ 1336 (United States Defendant); 28 U.S.C.§ 1331 (federal question); and under Title VII, 1964 Civil Rights Act - 42 U.S.C. § 2000e-16(c).

2. <u>Parties</u>.  Plaintiff Flores is an Hispanic, United States Department of Labor employee who has worked for Defendant in the State of Texas during Plaintiff's lengthy civil service career. Defendant U.S. Department of Labor is an agency of the United States federal government sued here through its Secretary, Elaine L. Chao.

3. <u>Cause of Action</u>.  Plaintiff Flores alleges that he has been subjected to discrimination in violation of Title VII, 1964 Civil Rights Act - 42 U.S.C. § 2000e-16(a) - because of his national origin, to wit, Hispanic, and that such discrimination has existed throughout the period of Plaintiff's employment with the United States Department of Labor. Plaintiff says that he has earlier initiated and exhausted his administrative EEOC administrative remedies

and is now entitled to file this lawsuit in federal district court.

4. <u>Factual Allegations</u>. Plaintiff Flores, of Hispanic national origin, says that historically Hispanic Department of Labor employees have suffered discrimination based on national origin in the following manner: Hispanic Department of Labor employees have been promoted less often and, when promoted, have been promoted to lower positions than non-Hispanic co-workers with equivalent or better qualifications. Plaintiff says that he has been subjected to adverse employment actions, to wit., has been repeatedly denied promotions because of his national origin and thereby has suffered significant economic losses, including lost income in the form of wages and reduced pension benefits. Plaintiff would further allege that he has also experienced significant mental anguish relating to the stigma of not being promoted.

5. <u>Judgment Demand</u>. Plaintiff demands that judgment be entered for the relief requested herein, to wit, that Plaintiff be placed in the employment position to which Plaintiff would be entitled but for the herein-alleged discrimination, that back wages be awarded, that pension benefits be adjusted retrospectively, that attorneys fees, costs of court, pre and post judgment interest be awarded, and that Plaintiff have such other and further relief to which he may justly be entitled.

6.

**JURY DEMAND MADE**

Respectfully Submitted,

_____
DENIS A. DOWNEY
Bar No. 06085500
Federal No. 1186
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
956-544-0561 / 956-544-0562 (FAX)

ATTORNEY IN CHARGE