IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NICASIO O. FLORES | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-232 |
| | § | |
| ELAINE L. CHAO, SECRETARY, | § | |
| US DEPARTMENT OF LABOR IN HER | § | |
| OFFICIAL CAPACITY | § | |

## ORDER

The Plaintiff having not attended the Court ordered Initial Pretrial Conference scheduled on April 24, 2003, at 9:30 a.m., is hereby ordered to show cause by May 1, 2003 why this matter should not be dismissed. Any response should include a description of how and when service was made on the Defendant and the reason that counsel for the Plaintiff failed to attend the Court-ordered conference.

Signed this 24th day of April, 2003.

Honorable Andrew S. Hanen
United States District Judge