**DENIS A. DOWNEY LL.M.**
*Attorney at Law*
1185 FM 802, Suite 3
Brownsville, Texas 78526-1538

Office (956) 544-0561
Fax (956) 544-0562

United States District Court
Southern District of Texas
FILED
APR 29 2003
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
RECEIVED
APR 29 2003
Michael N. Milby, Clerk of Court

April 29, 2003

Hon. Andrew S. Hanen
United States District Judge
Federal Courthouse, 7th & Harrison
Brownsville, Texas 78520

RE: Flores v. U.S. Labor, Cause No. B-02-232

Dear Judge Hanen:

    I received today, April 29th, 2003 your order dated April 24th, 2003. Please be advised that we had not received any of the faxes which apparently were sent by the clerk in this case. That is unusual in my experience because in the past we have always received double faxes from the clerk's office. My office recently changed our telephone service from Southwestern Bell to a supposedly high-tech multiplex service provided by a company called IONEX. It is possible that the fax problem is with that service. I note that the page attached to the order I received April 29, 2003 by mail confirms the existence of some technical problem which prevented the order's being sent via fax.

    My secretary told me that someone from the clerk's office named Irma called my office on April 24, 2003 while I was in state district court in Edinburg to ask why I had not been at a scheduled hearing. My secretary indicated that she did not believe that we had ever received any faxes or written communications in the case but would carefully review the file to confirm that belief. Irma indicated that the hearing might be rescheduled for possibly Monday, April 28, 2003. Subsequently my secretary did investigate and found no such communications. The following day my secretary called about the rescheduling Irma had mentioned previously. Irma indicated that the hearing would not be rescheduled and that someone would fax a show-cause order. When my secretary had not received the promised fax she again called Irma. Irma was not available at that time and my secretary left a voice mail indicating that no fax had been received. I assume the mailed order referred to herein was in response to my secretary's voice mail about non-receipt of the order via fax..

    Please be advised that the citations were sent by certified mail on December 18, 2002 to the Secretary of Labor, to the Attorney General, and to the U.S. Attorney for the Southern District of Texas. The Certified mail numbers were #70793220000627982600, #70793220000627982617, and #70793220000627982624.

Yours truly,

Denis A. Downey