# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NICASIO O. FLORES § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-232 |
| § | |
| ELAINE L. CHAO, In her Official Capacity § | |
| as Secretary, U.S. Department of Labor § | |

TYPE OF CASE:     __X__ CIVIL                         ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:   **INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

THIRD FLOOR COURTROOM, #6
BEFORE JUDGE ANDREW S. HANEN

DATE AND TIME: May 12, 2003 @ 10:00 a.m.

TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen

Michael N. Milby, Clerk

BY: _____
Irma A. Soto, Deputy Clerk

DATE:   May 7, 2003

TO: ALL COUNSEL OF RECORD