United States District Court
Southern District of Texas
FILED

MAY 1 2 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**

CIVIL ACTION NO. B-02-232　　　　DATE & TIME 5/12/03 @ 10:25 - 10:32 am

NICASIO O. FLORES　　　　　　　　PLAINTIFF'S  DENNIS DOWNEY
　　　　　　　　　　　　　　　　COUNSEL

VS

ELAINE L. CHAO, In her Official　DEFENDANTS'
Capacity as Secretary of the U.S.  COUNSEL
Department of Labor

---

Courtroom Deputy: Irma Soto
Law Clerk:
Court Reporter:　Barbara Barnard
CSO:　　　　　　　D. Figueroa

Case is called on the docket. Dennis Downey appeared for the Plaintiff.

Court orders formal service on the Deft in the next four weeks. If Deft fails to respond, the Court will grant default judgment.

Court is adjourned.