IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NICASIO O. FLORES, | * |
| Plaintiffs, | * |
| v. | *   CIVIL ACTION No. B-02-232 |
| ELAINE L. CHAO, In Her Official Capacity as Secretary, United States Department of Labor, | * |
| Defendant. | * |

**STATEMENT OF CONSULTATION
INDICATING NON-OPPOSITION TO DEFENDANT'S MOTION FOR
FOR MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e), F.R.C.P.**

TO THE HONORABLE JUDGE OF SAID COURT:

Earlier this month, ELAINE L. CHAO, In Her Official Capacity as Secretary of the Unites States Department of Labor, Defendant herein, filed a motion for more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. Through an oversight, the undersigned did not contact opposing counsel regarding the motion. On June 23, 2003, upon learning of this oversight, the undersigned contacted Plaintiff's attorney, Denis Downey. Mr. Downey advised that he would not oppose the motion and would file an amended complaint that should adequately address the concerns raised by the Defendant's motion. Mr. Downey advised that he would file an amended complaint within thirty days.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
Tel:   (956) 548-2554; Fax: (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the true and foregoing "Statement of Consultation Indicating Non-Opposition to Defendant's Motion for More Definite Statement Pursuant to Rule 12(e) FRCP" via Certified Mail, Return Receipt Requested to Mr. Denis Downey, Attorney at Law, 1185 FM 802, Suite No. 3, Brownsville, Texas 78526-1538.

June 23, 2003
DATE

NANCY L. MASSO
Assistant U.S. Attorney