United States District Court
Southern District of Texas
ENTERED
JUN 2 6 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUN 2 5 2003
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NICASIO O. FLORES, | * |
| Plaintiffs, | * |
| v. | *   CIVIL ACTION No. B-02-232 |
| ELAINE L. CHAO, In Her Official Capacity as Secretary, United States Department of Labor, | * |
| Defendant. | * |

## ORDER GRANTING DEFENDANT'S
## MOTION FOR MORE DEFINITE STATEMENT

Today, this Court considered the Defendant's Motion for More Definite Statement Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. Having reviewed the motion, the arguments of counsel and the pleadings on file herein, this Court finds that the Defendant's motion should be GRANTED as Plaintiff's complaint fails to articulate with sufficient factual detail the basis allegations so as to allow the Defendant to frame a response or address possible jurisdictional issues.

THEREFORE, IT IS ORDERED, that the Plaintiff herein provide a more definite statement of the factual and jurisdictional allegations supporting his complaint by way of filing an Amended Complaint no later than August 1, 2003. Should Plaintiff fail to file an amended complaint in compliance with this order, the Court will consider a motion to strike the Plaintiff's pleadings.

Signed this 24th day of June, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE