IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NICASIO O. FLORES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-232 |
| ELAINE L. CHAO, In Her Capacity As Secretary of Labor, United States Department of Labor, | § § § § § | |
| Defendant. | § § | |

## Defendant's Answer and Affirmative Defenses

COMES NOW Defendant, Elaine L. Chao, Secretary of Labor, United States Department of Labor ("Defendant"), by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and files this her Answer and Affirmative Defenses to Plaintiff's First Amended Complaint (hereinafter the "Complaint"):

     1.    In response to paragraph 1 of Plaintiff's Complaint, Defendant admits only that Plaintiff asserts that the Court has jurisdiction over this case pursuant to 28 U.S.C. § 1336, 28 U.S.C. § 1331, and under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-16(c). Defendant otherwise denies the allegations contained in paragraph 1 of Plaintiff's Complaint and denies that the Court has subject matter jurisdiction over all of Plaintiff's claims.

     2.    In response to paragraph 2 of Plaintiff's Complaint, Defendant admits only that Plaintiff is of Hispanic origin, that he is an employee of the United States Department of Labor who has worked for Defendant in the State of Texas during his

career, that the United States Department of Labor is an agency of the United States federal government, which may be sued through its Secretary of Labor, Elaine L. Chao. The allegations contained in paragraph 2 of Plaintiff's Complaint are otherwise denied.

    3.    In response to paragraph 3 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

    4.    In response to paragraph 4 of Plaintiff's Complaint, Defendant admits only that Plaintiff is of Hispanic national origin, that he has been a District Director, GS-14, for the Department of Labor's San Antonio office, that he was not selected for promotions to GS-15 and GS-16 positions, that the United States Equal Employment Opportunity Commission's ("EEOC") January 13, 2003 Denial of Request for Reconsideration stated that "As previously noted, although complainant has excellent qualifications, in order to prevail, there must be some evidence that discriminatory animus was a motivating factor for his non-selections," that the EEOC denied Plaintiff's request to reconsider its original decision, that the original decision in Appeal No. 01A13057 remains the EEOC's final decision, that the EEOC proceeding was based, in part, upon 1999 complaints of discrimination that Plaintiff made about his non-selection for a Deputy Executive Secretary for Operations position, GS-0301-15, Vacancy No. EXECY-SECY-99-014 and his non-selection for the Senior Executive Program CD-0301-00, Vacancy No. SES-99-21, that Plaintiff was not selected for a Deputy Regional Administrator position, Atlanta, Vacancy No. ESA-99-21, that he was not selected for a Deputy Regional Administrator position, Dallas, Vacancy No. ESA-99-26, that he was not selected for a Deputy Regional Administrator position, Chicago, Vacancy No. ESA-99-22, that he was not selected for a Deputy Regional Administrator position, San

Francisco, Vacancy No. ESA-99-31, and that he was not selected for a Deputy Regional Administrator position, Philadelphia, Vacancy No. ESA-99-60. Defendant otherwise denies the allegations contained in paragraph 4 of Plaintiff's Complaint or is without information or knowledge sufficient to form a belief as to their truth.

5. In response to paragraph 5 of Plaintiff's Complaint, Defendant denies that Plaintiff is entitled to the relief requested therein or any relief.

## Affirmative Defenses

1. Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitations and limitations periods.

2. Plaintiff's claims are barred, in whole or in part, because he failed to satisfy the statutory and regulatory administrative prerequisites to filing suit or to otherwise exhaust administrative remedies.

3. Plaintiff's claims are barred, in whole or in part, by laches.

4. Plaintiff's claims are barred, in whole or in part, because his claims exceed the scope of the EEOC complaint of discrimination that Plaintiff filed.

5. Plaintiff's claims, in whole or in part, fail to state claims upon which relief can be granted.

6. The Court lacks subject matter jurisdiction over part of Plaintiff's claims.

PREMISES CONSIDERED, Defendant respectfully prays as follows:

1. That, after appropriate proceedings, this Court enters an order dismissing with prejudice Plaintiff's Complaint;

2. That Plaintiff takes nothing by this action;

3. That this Court enter an order granting to Defendant her attorneys' fees, expert fees, and court costs; and

4. That Defendant has such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

**Address:**

United States Attorney
Southern District of Texas
600 E. Harrison, Suite 201
Brownsville, TX 78520
Texas State Bar No. 00800490
Federal I.D. No. 10263
Telephone: (956) 548-2554
Facsimile: (956) 548-2549

MICHAEL T. SHELBY
United States Attorney
By:

NANCY L. MASSO
Assistant U.S. Attorney

**Address:**

U.S. Department of Labor
Office of the Solicitor
525 S. Griffin Street, Suite 501
Dallas, TX 75202

Telephone: 972-850-3100
Facsimile: 972-850-3101

HOWARD M. RADZELY
Acting Solicitor of Labor

WILLIAM E. EVERHEART
Regional Solicitor

JAMES E. CULP
Deputy Regional Solicitor

ROBERT C. BEAL
Trial Attorney

Attorneys for Defendant.

RSOL Case No. 03-01056

## Certificate of Service

I hereby certify that on the 21st day of August, 2003, a true and correct copy of the foregoing *Defendant's Answer and Affirmative Defenses* was served upon the attorney of record, all parties or party representatives in the above entitled and numbered cause by Certified Mail, Return Receipt Requested to:

Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538

_____
Nancy L. Masso