# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 2003

Michael N. Milby, Clerk
By Deputy Clerk

| | |
|---|---|
| NICASIO O. FLORES § § | |
| VS. § | CIVIL ACTION NO. B-02-232 |
| § § | |
| ELAINE O. CHAO, In her Capacity § as Secretary of Labor, United States § Department of Labor § | |

TYPE OF CASE:   __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:   **PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

THIRD FLOOR COURTROOM, #6
BEFORE JUDGE ANDREW S. HANEN

DATE AND TIME: 9/26/03 @ 9:30 a.m.

TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen

Michael N. Milby, Clerk

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: August 28, 2003

TO: ALL COUNSEL OF RECORD