/3

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL & SCHEDULE CONFERENCE

CIVIL ACTION NO. B-02-232     DATE & TIME 9/26/03 @ 10:00 0 10:04 am

COUNSEL:

NICASIO O. FLORES               §   Denis Downey

VS                              §

ELAINE L. CHAO, In her Official §   Nancy Masso, AUSA
Capacity as Secretary of the
United States Dept of Labor

---

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Zepeda


Case called on the docket.

Denis Downey appeared for Plaintiff. Nancy Masso, AUSA, appears for the Defendant.

Court addresses venue issue. Ms. Masso, AUSA, informs the Court that she is planning to file an unopposed motion to change venue to the Western District of Texas.

Court is adjourned.