IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NICASIO O. FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>ELAINE L. CHAO, In Her Official Capacity as Secretary, United States Department of Labor,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>* CIVIL ACTION No. B-02-232<br>*<br>*<br>*<br>*<br>*<br>* |

## DEFENDANT'S UNOPPOSED MOTION TO CHANGE VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

ELAINE L. CHAO, In Her Official Capacity as Secretary of the United States Department of Labor, Defendant herein, moves this Court for an Order changing the venue of this lawsuit to the United States District Court for the Western District of Texas. In support of this motion, the Defendant submits the following:

1. Plaintiff's First Amended Complaint, filed on August 21, 2003, indicates that all the employment actions he complains of took place outside the boundaries of the Southern District of Texas ( i.e. Chicago, Atlanta, Philadelphia, San Francisco, Dallas, etc.). *See Plaintiff's Amended Complaint at para. 4.* In addition, in his amended complaint, Plaintiff indicates that he is presently working with the United States Department of Labor in San Antonio, Texas. *Id.*

2. As this Court is well aware, Brownsville, Texas, is located at the southern tip of Texas. Travel to Brownsville from areas outside of the State of Texas would be costly in not just money, but time as well. None of the actions complained of appear to have taken place anywhere within the Southern District of Texas, much less Brownsville, Texas. Since the Plaintiff works in San Antonio, Texas,

and San Antonio, Texas, appears to be more centrally located to potential witnesses in this case (at least for ease and more cost effective travel), it would make more sense to have the lawsuit heard in the Western District of Texas.

3. As such, the Defendant respectfully moves this Court for an order changing the venue of this cause to the Western District of Texas (presumably to the San Antonio Division) pursuant to 28 U.S.C. 1404(a).

4. Plaintiff would not be prejudiced as a result of this change of venue. Plaintiff's attorney, Denis Downey agreed and indicated same to this Court at the Initial Pre-trial Conference held on September 26, 2003.[1]

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court grant this motion and change the venue of this lawsuit to the United States District Court for the Western District of Texas-San Antonio Division.

Respectfully submitted,
MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
Tel: (956) 548-2554;
Fax: (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

---

[1] At the Initial Pre-Trial Conference for this case, Plaintiff's attorney advised this Court on September 26, 2003, that he had filed this lawsuit in Brownsville, Texas, because he believed that his client was retiring and had plans to move to Brownsville. This, however, was apparently incorrect. Accordingly, Mr. Downey advised the Court and counsel for the Defendant that he had no objection to changing the venue of this case to a more convenient forum for his client and any likely witnesses to the Western District of Texas.

## *Statement of Consultation*

I certify that on September 26, 2003, I spoke with attorney Denis Downey regarding this motion. Mr. Downey advised that he did not oppose this motion.

**September 26, 2003**
Date

NANCY L. MASSO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing "Defendant's Unopposed Motion to Change Venue" via Certified Mail, Return Receipt Requested to Mr. Denis Downey, Attorney at Law, 1185 FM 802, Suite No. 3, Brownsville, Texas 78526-1538.

September 26, 2003
DATE

NANCY L. MASSO
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NICASIO O. FLORES, | * |
| Plaintiffs, | * |
| v. | *  CIVIL ACTION No. B-02-232 |
| ELAINE L. CHAO, In Her Official Capacity as Secretary, United States Department of Labor, | * |
| Defendant. | * |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CHANGE VENUE

Today, this Court considered the Defendant's Unopposed Motion to Change Venue. Having reviewed the motion and the pleadings on file, and noting that it is unopposed, this Court finds that the Defendant's motion should be GRANTED because the United States District Court for the Western District of Texas would be a more convenient forum for the parties and witnesses in this lawsuit. See 28 U.S.C. 1404(a).

THEREFORE, IT IS ORDERED, that venue for this lawsuit be transferred to the United States District Court for the Western District of Texas. It is recommended that this action be assigned to the San Antonio Division of that district. The Clerk of this Court is directed to take necessary measures to transfer this Court's file to the Clerk for the Western District of Texas.

Signed this ____ day of _____, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE