IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 0 3 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NICASIO O. FLORES, | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION No. B-02-232 |
| ELAINE L. CHAO, In Her Official Capacity as Secretary, United States Department of Labor, | * |
| Defendant. | * |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CHANGE VENUE

Today, this Court considered the Defendant's Unopposed Motion to Change Venue. Having reviewed the motion and the pleadings on file, and noting that it is unopposed, this Court finds that the Defendant's motion should be GRANTED because the United States District Court for the Western District of Texas would be a more convenient forum for the parties and witnesses in this lawsuit. See 28 U.S.C. 1404(a).

THEREFORE, IT IS ORDERED, that venue for this lawsuit be transferred to the United States District Court for the Western District of Texas, San Antonio Division. The Clerk of this Court is directed to take necessary measures to transfer this Court's file to the Clerk for the Western District of Texas.

Signed this 2nd day of October, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE